UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE-VEL BRANDS, LLC, | Case No.  26-cv-04135-AGT |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| JENAVIE CAHILIG, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Cahilig v. Le-Vel Brands, LLC*, No. 25-cv-05051-JD.

**IT IS SO ORDERED.**

Dated: May 14, 2026

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California